# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
CHIEF JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

January 12, 2018

To All Attorneys of Record

    Re:    *Tennell v. Accent/Johnston Limousine Inc., et al.,* Case No. 3:17-CV-3145-M

Dear Counsel:

It has come to the Court's attention that this case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by February 12, 2018.

                          Very truly yours,

                          Barbara M.G. Lynn

BMGL/jlf